# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

39 N. Pearl Street
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

October 27, 2015

Honorable Frederick J. Scullin, Jr.
Senior U.S. District Court Judge
United States Courthouse, 100 S. Clinton St.
Syracuse, New York 13261

RE:     *United States of America v. John Brown*
        15-CR-111

Dear Judge Scullin,

In light of Mr. Brown's entry of a plea of guilty in the above referenced case it is the defense belief that the issues raised in our motion to suppress are moot.

Please consider the motion withdrawn by the defendant.

Very truly yours,

*/s/ Paul Evangelista*

Paul J. Evangelista
Assistant Federal Public Defender

PJE/me

1