

Date: January 4, 2016
Honorable Frederick J.Scullin,Jr.
Senior United States District Court Judge

Removal of my present counsel and withdrawing my plea.

Dear Sir,
I am writing in anticipation of having my present attorney Mr.Paul Evangelista removed my case and withdrawing my plea. If possible can you please look into this matter closely.

I think you for your time and assistance in advance to this matter.

John Brown
Rensselaer County Jail
4000 Main Street
Troy,New York 12180

Thank you
John Brown

Sworn to me this 4th day of January 2016

KATHLEEN A GRADY
NOTARY PUBLIC STATE OF NEW YORK
ALBANY COUNTY
LIC. #01GR6044083
COMM. EXP. 6/24/18

# OFFICE OF THE FEDERAL PUBLIC DEFENDER
# FOR THE NORTHERN DISTRICT OF NEW YORK



Syracuse Office

4 Clinton Square
3RD FLOOR
SYRACUSE, NY 13202
(315) 701-0080
(315) 701-0081 FAX

Lisa Peebles
Federal Public Defender

Albany Office

39 N. Pearl Street
5TH FLOOR
ALBANY, NY 12207
(518) 436-1850
FAX (518) 436-1780

Paul Evangelista
First Assistant

December 15, 2015

Mr. John Brown
Rensselaer County Jail
4000 Main St.
Troy, New York 12180

Dear Mr. Brown,

If you intend to file a motion to have me removed as counsel, or intend to file a request to take your plea back, you would send the request to:

Honorable Frederick J. Scullin, Jr.
Senior United States District Court Judge
James M. Hanley Federal Building
100 S. Clinton Street
Syracuse, New York 13261

Very truly yours,

Paul J. Evangelista
Assistant Federal Public Defender

PJE/me

1

John Brown
Rensselaer County Jail
4000 Main Street
Troy, New York 12180



ALBANY NY 122
06 JAN 2016 PM 5 L



U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
JAN - 8 2016
RECEIVED

Honorable Frederick J. Scullin, Jr.
Senior United State District Court Judge
James M. Hanley Federal Building
100. S Clinton Street
Syracuse, New York 13261

13261921199